by Aaron Clough against Walter Fox and another. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. Motion to correct costs and form of judgment denied.

COFFEY, Respondent, v. RICHARD L. WALSH CO., Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Action by Mary Coffey, as administratrix, against the Richard L. Walsh Company. T. H. Lord, for appellant. G. W. Smith, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, J., dissents.

COHEN, Appellant, v. STECKLER et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Max Cohen against Max Steckler and others. No opinion. Motion denied.

COMPAGNIE COMMERCIALE v. BRUNN. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by the Compagnie Commerciale against Adolph W. Brunn. No opinion. Motion denied, on condition that appellant be ready for October term. Order filed.

COMYNS, Respondent, v. KAUGHRAN, Appellant. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Adele M. Comyns against Thomas F. Kaughran. R. W. Sprague, Jr., for appellant. G. E. Joseph, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re CONKLIN. (Supreme Court, Appellate Division, First Department. June 12, 1908.) In the matter of Henry Conklin. No opinion. Appeal dismissed, with $10 costs. Order filed.

In re CONOVER ST. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) In the matter of acquiring title to Conover street. No opinion. Report of referee confirmed.

In re CONOVER ST., BETWEEN WOLCOTT AND SULLIVAN STS., IN BOROUGH OF BROOKLYN. (Supreme Court. Appellate Division, Second Department. March 11, 1908.) In the matter of acquiring title to Conover street, between Wolcott and Sullivan streets, in the borough of Brooklyn, duly selected as a site for school purposes according to law. No opinion. Report of referee confirmed. See 107 N. Y. Supp. 1124.

CONROY, Respondent, v. CLEVELAND, C., C. & ST. L. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Michael Conroy against the Cleveland, Cincinnati, Chicago & St. Louis Railway Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

CONSOLIDATED GAS CO. OF NEW YORK, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Action by the Consolidated Gas Company of New York against the city of New York. T. Connoly, for appellant. J. A. Garver, for respondent. No opinion. Judgment affirmed, with costs, on the authority of Brooklyn Union Gas Co. v. New York, 188 N. Y. 334, 81 N. E. 141, 117 Am. St. Rep. 868, with leave to defendant to amend on payment of costs. Order filed.

CORNELIUS, Appellant, v. COFFEY, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Charles Cornelius against Benjamin Coffey. No opinion. Motion granted, with $10 costs.

CORNWELL et al., Respondents, v. SHELDON et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Nettie Cornwell and another against Benjamin Sheldon and another, as executors, etc., of Leonard Sheldon, deceased. No opinion. Judgment unanimously affirmed, with costs.

COYLE, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Bridget Coyle, as administratrix, etc., of Joseph Coyle, deceased, against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

CRAFT, Appellant, v. PEEKSKILL LIGHTING & R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1908.) Action by George E. Craft against the Peekskill Lighting & Railroad Company. No opinion. Motion for reargument granted, and case set down for Monday, June 15, 1908.

In re CRANDALL. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) In reappointment of administrator of Ira L. Crandall, deceased. No opinion. Decree of Surrogate's Court affirmed, with costs.

CREAMER, Appellant, v. METROPOLITAN SECURITIES CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Frank D. Creamer against the Metropolitan Securities Company and another. No opinion. Order affirmed, with $10 costs and disbursements. See 105 N. Y. Supp. 28.

CREATORE, Appellant, v. CREATORE, Respondent. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Anna Creatore against Joseph Creatore. B. B. Knowles, for appellant. C. E. Thornall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CREHORE, Appellant, v. TUXEDO ELECTRIC LIGHT CO., Respondent. (Supreme Court. Appellate Division, Second Department. June 5, 1908.) Action by William W. Crehore